THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MASSANDJE BAMBA,<br>Plaintiff<br><br>v.<br><br>UAG WEST BAY IAU, LLC, D/B/A INSKIP AUDI, VW CREDIT, INC., JASON PAYNE AND JANE DOE, ALIAS,<br>Defendants | C.A. No. 04-543ML |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Massandje Bamba and Defendant, VW Credit, Inc., by their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby stipulate to the dismissal with prejudice of any and all claims against VW Credit, Inc., in the above-captioned action. Each party shall bear their own costs.

**Massandje Bamba,**

By her Attorney,

John T. Longo (#4928)
681 Smith Street
Providence, RI 02908
(401)272-2177(401) 861-8200
(401)274-5433 (Fax)

**VW Credit, Inc.**

By its Attorneys,

**PARTRIDGE SNOW & HAHN LLP**

Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903

(401) 861-8210 (Fax)

ENTER:

Mary M. Lisi
United States District Judge

July 26, 2005
Date

PER ORDER:

Barbara Barletta
United States District Clerk/Assistant Clerk

802623_2/4415-2