**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MASSANDJE BAMBA
*Plaintiff*

vs. C.A. No.: 04-0543 ML

UAG WEST BAY IAU, LLC, d/b/a Inskip Audi; VW CREDIT, INC.; JASON PAYNE; and JANE DOE, Alias
*Defendants*

RECEIVED
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

Plaintiff, Massandje Bamba, hereby dismisses with prejudice, without interest, without costs, and without attorneys' fees, any and all claims and causes of action asserted in her Complaint against UAG West Bay IAU, LLC, d/b/a Inskip Audi.

MASSANDJE BAMBA

By her Attorney,

John T. Longo, #4982
681 Smith Street, Suite 201
Providence, RI 02908
Tel: (401) 272-2177
Fax: (401) 274-5433

Dated: 7-21-05

UAG WEST BAY IAU, LLC,
d/b/a Inskip Audi

By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Glen R. Whitehead, #6163
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: 7-25-05

Enter:
Mary M. Lisi
USDJ 8/1/05

**CERTIFICATION**

I hereby certify that on this 27 day of July, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
John T. Longo, Esq.
681 Smith Street, Suite 201
Providence, RI 02908

Karen Prendergast