RECEIVED
AUG 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Massandje Bamba

Plaintiff,

vs. CA 04 543 ML

UAG West Bay IAU, LLC, d/b/a Inskip Audi,
VW Credit, Inc.,
Jason Payne, and
Jane Doe, alias,

Defendants.

---

**Final Judgment**

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, and there being no reason to delay, it is hereby

**Ordered, Adjudged, and Decreed**

a. The Plaintiffs Application for Entry of Judgment Against Defendant Jason Payne is granted; and

b. Judgment shall enter for the Plaintiff against Defendant Jason Payne in the amount of $8,191.45.

ENTER: BY ORDER:

Mary M. Lisi Barbara Barletta

8/22/05 8/22/05
Date Date

PRESENTED BY:
Massandje Bamba

John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

**Certification**

I certify that on 8-22-05 a copy of this document was mailed, via fist class mail to:

Jason Payne
1007 Point Road
Marion, MA 02738

Civil Clerk
US District Court
Exchange Terrace
Providence, RI 02903